UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD DEAN MERTEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WELDON MARK GILBERT, PIERCE COUNTY JAIL, and OFFICER GARDNER,<br><br>　　　　　　　　　　Defendants. | No. C11-5641 RBL/KLS<br><br>ORDER STRIKING NOTING DATE ON PLAINTIFF'S MOTION TO APPOINT COUNSEL |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules (MJR) 1, 3 and 4. This matter is on hold while Plaintiff cures certain defects in his civil rights complaint. ECF No. 7. By Order dated September 12, 2011, Plaintiff was ordered to amend his complaint or to show cause why it should not be dismissed for failure to state a claim under 42 U.S.C. § 1983. Plaintiff was given a deadline of October 7, 2011. *Id.* The Order mailed to Plaintiff at his last known address was returned to the Court on September 19, 2011, marked "not at Pierce County Jail." ECF No. 8. To date, Plaintiff has not provided the Court with a current address.

Plaintiff has filed a motion to appoint counsel. ECF No. 4. While this motion would normally be ripe for review at this time, the Court does not intend to allow this case to go

ORDER - 1

forward until the issues noted in the Order to Amend or Show Cause (ECF No. 7) have been resolved.

Accordingly, the Clerk shall **strike** the noting date of Plaintiff's motion to appoint counsel (ECF No. 4). Plaintiff may re-file this motion after he has responded to the Court's Order to Amend or Show Cause (ECF No. 7). The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this 18th day of October, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2